IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILBERT EUGENE PROFFITT, )
)
    Plaintiff, )
v. ) Civil Action No. 3:17CV848–HEH
)
LA ROSE, )
)
    Defendant. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on January 12, 2018, the Court conditionally docketed Plaintiff's action. On January 29, 2018, United States Postal Service returned the January 12, 2018 Memorandum Order to the Court marked with what appears to read, "INMATE PAROLED/OR RELEASED." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                               /s/
                                   HENRY E. HUDSON
Date: Feb. 14, 2018             UNITED STATES DISTRICT JUDGE
Richmond, Virginia